THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES SHOTWELL, *et al.*, | CASE NO. C17-1387-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ZILLOW GROUP, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation regarding service and response to the amended complaint (Dkt. No. 13). The parties anticipate that this action will be consolidated with a related case, C17-1721-BAT, and that Plaintiffs will file an amended complaint that supersedes the current amended complaint. (*Id*. at 2.) The parties offer this stipulation in order to avoid unnecessary motion practice and to conserve judicial resources. (*Id*.) Pursuant to the parties' stipulation, the Court ORDERS the following:

1. Defendants accept service of the Amended Complaint in this action filed on November 16, 2017 (Dkt. No. 10).
2. Defendants shall not be required to answer, move, or otherwise respond to the Amended Complaint filed on November 16, 2017 (Dkt. No. 10).

MINUTE ORDER
C17-1387-JCC
PAGE - 1

1      3.      Within seven (7) days following the entry of an order on the motion for appointment of lead plaintiff, counsel for the parties shall meet and confer regarding a deadline for filing an amended complaint and a briefing schedule for any motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and then propose such schedule to the Court for approval.

4.      The parties expressly reserve all other rights of any kind (whether procedural or substantive).

DATED this 13th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
