THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES SHOTWELL, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>ZILLOW GROUP INC., *et al.*,<br><br>                Defendants. | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On its own motion, the Court reschedules the status conference currently set for January 23, 2018 to January 5, 2018 at 9:30 am. The Clerk is DIRECTED to STRIKE the status conference scheduled for January 23, 2018.

DATED this 2nd day of January 2018.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk