THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re ZILLOW GROUP, INC. Securities Litigation | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding deadlines for filing an amended complaint and briefing schedule on motion to dismiss (Dkt. No. 32). The Court finds good cause to GRANT the parties' stipulation (Dkt. No. 32). The Court ORDERS the following:

1. Defendants need not answer, move or otherwise respond to any complaint in this action until Lead Plaintiffs file an amended consolidated complaint.

2. Lead Plaintiffs shall file an amended consolidated complaint on or before February 19, 2018.

3. Unless otherwise agreed by the parties or ordered by the Court, Defendants shall answer, move to dismiss or otherwise respond to the amended consolidated complaint on or

before April 5, 2018. If Defendants move to dismiss the amended consolidated complaint, Lead Plaintiffs shall file an opposition to any such motion on or before May 21, 2018, and if Defendants choose to file a reply in further support of its motion to dismiss it shall be filed on or before June 20, 2018.

    4.    This order does not preclude any party from seeking interim relief from the above deadlines, and by entering into this stipulation the parties reserve all their respective rights.

DATED this 22nd day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
