THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re ZILLOW GROUP, INC.
Securities Litigation

CASE NO. C17-1387-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously scheduled a status conference in this case for February 20, 2018. (Dkt. No. 30.) Based on the Court's subsequent Minute Order establishing a schedule for filing an amended complaint and motion to dismiss (Dkt. No. 33), the Court determines that the February 20, 2018 status conference is no longer necessary. Therefore, the Court DIRECTS the Clerk to TERMINATE the status conference scheduled for February 20, 2018.

DATED this 15th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk