Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Zillow Group, Inc. Securities Litigation<br><br>This Document Relates To:<br>All Actions | Master File:  C17-1387-JCC<br><br>CLASS ACTION<br><br>PLAINTIFFS' RESPONSE TO REQUEST FOR JUDICIAL NOTICE<br><br>NOTED ON MOTION CALENDAR: June 20, 2018 |

Plaintiffs partially oppose the Defendants' Request for Judicial Notice due to the fact that the transcript at Exhibit 7 contains a highly material error.  Page 25, line 19 reads "their fears about [UNINTEL] and the CFPB." In fact, the word marked unintelligible is quite clearly intelligible.  That word is RESPA.  The full video and audio is available at https://www.youtube.com/watch?v=lqk-PmKgcss.  The relevant answer begins at minute 24.

PLAINTIFFS' RESPONSE TO REQUEST
FOR JUDICIAL NOTICE - 1

HALL & GEORGE PLLC
1001 Fourth Avenue, Suite 3900, Seattle, WA 98154   206.292.5900

DATED this 21st day of May, 2018.

          **HALL & GEORGE PLLC**

          By:     /s/ Colin M. George
          Spencer Hall, WSBA No. 6162
          E-mail: shall@hallgeorge.com
          Colin M. George, WSBA No. 45131
          E-mail: cgeorge@hallgeorge.com
          1001 Fourth Avenue, Suite 3900
          Seattle, WA 98154
          Telephone: (206) 292-5900
          Facsimile: (206) 292-5901

          *Local Counsel for Lead Plaintiffs*

          **THE ROSEN LAW FIRM, P.A.**

          By:     /s/ Jonathan Stern
          Laurence M. Rosen, Esq. (*pro hac vice*)
          Email: lrosen@rosenlegal.com
          Jonathan Stern, Esq. (*pro hac vice*)
          Email: jstern@rosenlegal.com
          275 Madison Avenue, 34th Floor
          New York, NY 10016
          Telephone: (212) 686-1060
          Facsimile: (213) 226-4684

          *Lead Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I, COLIN M. GEORGE, hereby declare under penalty of perjury as follows:

1. I am an attorney at Hall & George PLLC. I am over the age of eighteen.

2. On May 21, 2018, I electronically filed the **PLAINTIFF'S RESPONSE TO REQUEST FOR JUDICIAL NOTICE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

DATED this 21st day of May, 2018.

/s/   Colin M. George
Colin M. George