# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re ZILLOW GROUP, INC. Securities Litigation | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding a briefing schedule for Defendants' motion to dismiss the second consolidated amended complaint (Dkt. No. 48). Finding good cause, the Court ADOPTS the parties' stipulation and ORDERS as follows:

1. Defendants shall file their motion to dismiss the second consolidated amended complaint by December 17, 2018.

2. Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss the second consolidated amended complaint by January 16, 2019.

3. Defendants shall file their reply in support of the motion to dismiss the second consolidated amended complaint by February 6, 2019.

1       DATED this 29th day of November 2018.

                                             William M. McCool
                                             Clerk of Court

                                             s/Tomas Hernandez
                                             Deputy Clerk

MINUTE ORDER
C17-1387-JCC
PAGE - 2