UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Zillow Group, Inc. Securities Litigation | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding scheduling (Dkt. No. 70). The motion is GRANTED and the Court ORDERS that:

1. The parties shall exchange initial disclosures on or before September 13, 2019.
2. The parties shall issue initial requests for production and interrogatories on or before September 20, 2019.
3. Absent leave of the Court and upon a showing of good cause, any motion to amend the pleadings or join new parties must be filed no later than October 11, 2019.
4. Plaintiffs shall file a motion for class certification on or before October 11, 2019.

//

5. Defendants shall respond to any motion for class certification on or before January 10, 2020.

6. Plaintiffs shall file any reply in support of class certification on or before February 24, 2020.

7. The parties shall substantially complete all productions of documents responsive to any discovery requests served no later than February 28, 2020 but may, with leave of the Court and upon a showing of good cause, extend such substantial completion date.

8. The parties shall complete all fact discovery by June 27, 2020.

9. The parties shall exchange any affirmative expert reports on or before July 13, 2020.

10. The parties shall exchange any rebuttal expert reports on or before August 12, 2020.

11. The parties shall complete all expert discovery by September 14, 2020.

This order is effective on all actions in this case.

DATED this 18th day of September 2019.

William M. McCool<br>Clerk of Court

s/Tomas Hernandez<br>Deputy Clerk