THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulation and proposed order regarding the class certification briefing schedule (Dkt. No. 84). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. Defendants' opposition to Plaintiffs' class certification motion shall be filed no later than March 20, 2020.
2. Plaintiffs' reply brief in support of their class certification motion shall be filed no later than May 4, 2020.
3. Plaintiff's class certification motion (Dkt. No. 74) is RENOTED for May 4, 2020.

//

//

1     DATED this 20th day of February 2020.

2                                                William M. McCool
                                                 Clerk of Court
3
                                                 s/Tomas Hernandez
4                                                Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C17-1387-JCC
PAGE - 2