THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Zillow Group, Inc. Securities Litigation | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulation and proposed order regarding scheduling (Dkt. No. 96). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. The deadline to complete fact discovery, previously set for June 27, 2020, is extended to December 20, 2020;
2. The deadline to complete and exchange affirmative expert reports, previously set for July 13, 2020, is extended to January 6, 2021;
3. The deadline to complete and exchange rebuttal expert reports, previously set for August 12, 2020, is extended to February 2, 2021; and
4. The deadline to complete expert discovery, previously set for September 14, 2020, is

MINUTE ORDER
C17-1387-JCC
PAGE - 1

extended to March 2, 2021.

5. Within 14 days of the issuance of this order, counsel for the parties must propose an updated case schedule governing the remaining deadlines contemplated by the Court's scheduling order.

DATED this 19th day of June 2020.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk