THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Zillow Group, Inc. Securities Litigation | CASE NO. C17-1387-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulation and proposed order regarding scheduling (Dkt. No. 98). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. The parties shall file summary judgment motions by April 16, 2021;
2. The parties shall file oppositions to any summary judgment motions by June 16, 2021;
3. The parties shall file reply briefs in further support of their summary judgment motions by July 16, 2021; and
4. The trial date, previously set for January 11, 2021, is continued to October 18, 2021.

//

MINUTE ORDER
C17-1387-JCC
PAGE - 1

DATED this 14th day of July 2020.

      William M. McCool
      Clerk of Court

      s/Tomas Hernandez
      Deputy Clerk