THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Zillow Group, Inc. Securities Litigation | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulation and proposed order regarding scheduling (Dkt. No. 102). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. The deadline to complete fact discovery, previously set for December 20, 2020, is extended to March 31, 2021;

2. The deadline to complete and exchange affirmative expert reports, previously set for January 6, 2021, is extended to April 16, 2021;

3. The deadline to complete and exchange rebuttal expert reports, previously set for February 2, 2021, is extended to May 16, 2021; and

4. The deadline to complete expert discovery, previously set for March 2, 2021, is

extended to June 15, 2021.

5. Within 14 days of the issuance of this order, counsel for the parties must propose an updated case schedule governing the remaining deadlines contemplated by the Court's scheduling order.

DATED this 13th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
