THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 104). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. The parties shall file summary judgment motions by July 16, 2021;
2. The parties shall file oppositions to any summary judgment motions by September 17, 2021;
3. The parties shall file reply briefs in further support of their summary judgment motions by October 15, 2021; and
4. The 10-day estimate trial, previously set for October 18, 2021, is continued to January 18, 2022 at 9:30 a.m.;

5. The proposed Pre-Trial Order is due by December 17, 2021; and

6. Trial briefs and proposed voir dire/jury instructions are due by January 4, 2022.

DATED this 30th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
