THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Zillow Group, Inc. Securities Litigation | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulation and proposed order regarding scheduling (Dkt. No. 109). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. The deadline to complete fact discovery, previously set for March 31, 2021, is extended to June 30, 2021;
2. The deadline to complete and exchange affirmative expert reports, previously set for April 16, 2021, is extended to July 16, 2021;
3. The deadline to complete and exchange rebuttal expert reports, previously set for May 16, 2021, is extended to August 15, 2021; and
4. The deadline to complete expert discovery, previously set for June 15, 2021, is

MINUTE ORDER
C17-1387-JCC
PAGE - 1

extended to September 14, 2021.

5. Within 14 days of the issuance of this order, counsel for the parties must propose an updated case schedule governing the remaining deadlines contemplated by the Court's scheduling order.

DATED this 24th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
