THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |
|---|---|

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 112). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. The parties shall file summary judgment motions by October 1, 2021;
2. The parties shall file oppositions to any summary judgment motions by December 3, 2021;
3. The parties shall file reply briefs in further support of their summary judgment motions by January 7, 2022;
4. The 10-day estimate trial, previously set for January 18, 2022, is continued to April 11, 2022 at 9:30 a.m.;

MINUTE ORDER
C17-1387-JCC
PAGE - 1

5. The proposed Pre-Trial Order is due by March 14, 2022; and

6. Trial briefs and proposed voir dire/jury instructions are due by March 28, 2022.

DATED this 11th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
