UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 115). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. The deadline to complete fact discovery, previously set for June 30, 2021, is extended to September 17, 2021;

2. The deadline to complete and exchange affirmative expert reports, previously set for July 16, 2021, is extended to October 15, 2021;

3. The deadline to complete and exchange rebuttal expert reports, previously set for August 15, 2021, is extended to November 19, 2021; and

4. The deadline to complete expert discovery, previously set for September 14, 2021, is extended to December 17, 2021.

5. Within 14 days of the issuance of this order, counsel for the parties must propose an updated case schedule governing the remaining deadlines contemplated by the Court's scheduling order, should any modifications be warranted.

DATED this 3rd day of June 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk