THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 117). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. The parties shall file summary judgment motions by December 17, 2021;
2. The parties shall file oppositions to any summary judgment motions by February 25, 2022;
3. The parties shall file reply briefs in further support of their summary judgment motions by March 25, 2022;
4. The 10-day estimate trial, previously set for April 11, 2022, is continued to June 20, 2022 at 9:30 a.m.;

5.  The proposed Pre-Trial Order is due by May 20, 2022; and

6.  Trial briefs and proposed voir dire/jury instructions are due by June 6, 2022.

DATED this 17th day of June 2021.

                                                  William M. McCool
                                                  Clerk of Court

                                                  s/Paula McNabb
                                                  Deputy Clerk