THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 120). Pursuant to the parties' stipulation, the Court hereby ORDERS that the deadline to complete fact discovery, previously set for September 17, 2021, is extended to November 17, 2021; the deadline to complete and exchange affirmative expert reports, previously set for October 15, 2021, is extended to December 17, 2021; the deadline to complete and exchange rebuttal expert reports, previously set for November 19, 2021, is extended to January 21, 2022; and, the deadline to complete expert discovery, previously set for December 17, 2021, is extended to February 18, 2022.

//

//

MINUTE ORDER
C17-1387-JCC
PAGE - 1

DATED this 31st day of August 2021.

                                              Ravi Subramanian
                                              Clerk of Court

                                              s/Sandra Rawski
                                              Deputy Clerk