THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 123). Pursuant to the parties' stipulation, the Court hereby ORDERS that the deadline to complete and exchange affirmative expert reports, previously set for December 17, 2021, is extended to February 25, 2022; the deadline to complete and exchange rebuttal expert reports, previously set for January 21, 2022, is extended to March 25, 2022; and, the deadline to complete expert discovery, previously set for February 18, 2022, is extended to April 22, 2022.

//

//

//

MINUTE ORDER
C17-1387-JCC
PAGE - 1

1    DATED this 6th day of December 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk