THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | CASE NO. C17-1387-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed orders regarding scheduling (Dkt. Nos. 125, 126). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. The deadline to complete and exchange affirmative expert reports is extended to March 25, 2022;
2. The deadline to complete and exchange rebuttal expert reports is extended to April 29, 2022;
3. The deadline to complete expert discovery is extended to June 3, 2022;
4. Summary judgment motions are due by May 27, 2022;
5. Parties' oppositions to any summary judgment motions are due by July 22, 2022;

MINUTE ORDER
C17-1387-JCC
PAGE - 1

6.  Reply briefs in further support of any summary judgment motions are due by August 19, 2022;

7.  The 10-day estimate trial, previously set for June 20, 2022, is continued to November 14, 2022 at 9:30 a.m.;

8.  The pretrial order is due by October 14, 2022; and

9.  Trial briefs, voir dire instructions, and any motions *in limine* are due by October 31, 2022.

//

//

DATED this 31st day of January 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski    </u>
Deputy Clerk

MINUTE ORDER
C17-1387-JCC
PAGE - 2