THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re Zillow Group, Inc.
Securities Litigation

CASE NO. C17-1387-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulation and proposed order regarding scheduling (Dkt. No. 128). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. Summary judgment motions are due by August 5, 2022;

2. Parties' oppositions to any summary judgment motions are due by September 19, 2022;

3. Reply briefs in further support of any summary judgment motions are due by October 21, 2022;

4. The 10-day estimate trial, previously set for November 14, 2022, is continued to January 30, 2023 at 9:30 a.m.;

5.  The pretrial order is due by January 3, 2023; and

6.  Trial briefs, voir dire instructions, and any motions *in limine* are due by January 16, 2023.

DATED this 28th day of February 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk

MINUTE ORDER
C17-1387-JCC
PAGE - 2