THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | Master File No.: C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 132). Having thoroughly reviewed the stipulation and the relevant record, the Court hereby ORDERS:

1. The deadline to file summary judgment motions is extended to September 30, 2022;
2. The deadline to file oppositions to any summary judgment motions is extended to November 7, 2022;
3. The deadline to file reply briefs in further support of any summary judgment motions is extended to December 9, 2022;
4. The trial date is continued to March 27, 2023 at 9:30 a.m.;
5. The pretrial order is due by February 27, 2023; and

6. Trial briefs, voir dire instructions, and any motions *in limine* are due by March 13, 2023.

DATED this 6th day of April 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk