THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | Master File No.: C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 134). Having thoroughly reviewed the stipulation and the relevant record, the Court hereby ORDERS:

1. The deadline to complete and exchange expert reports is continued to May 25, 2022;
2. The deadline to complete and exchange rebuttal expert reports is continued to June 30, 2022; and
3. The deadline to complete expert discovery is continued to August 1, 2022.

//
//
//

1   DATED this 15th day of April 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
