THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' unopposed motion for leave to file a motion to compel (Dkt. No. 136). Plaintiffs provide that while Defendants will oppose the motion to compel, they do not object to its filing. (*Id.* at 3.) Plaintiffs will argue that Defendants waived attorney client privilege through testimony and discovery responses occurring near the end of the fact discovery period. (*Id.* at 2.) Parties then conferenced over the course of several weeks before reaching an impasse. (*Id.*)

A court may modify a scheduling order only for good cause. Fed. R. Civ. P. 16(b)(4). Having reviewed the instant motion and relevant record, and finding such good cause, Plaintiffs' motion (Dkt. No. 136) is GRANTED.

//

MINUTE ORDER
C17-1387-JCC
PAGE - 1

DATED this 16th day of May 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk

MINUTE ORDER
C17-1387-JCC
PAGE - 2