THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the scheduling order (Dkt. No. 137.) Having reviewed the instant motion and relevant record, and finding good cause, the Court GRANTS the motion and amends the scheduling order as follows:

1. The deadline to complete and exchange affirmative expert reports is extended to June 24, 2022;

2. The deadline to complete and exchange rebuttal expert reports is extended to August 1, 2022; and

3. The deadline to complete expert discovery is extended to September 1, 2022.

//

//

MINUTE ORDER
C17-1387-JCC
PAGE - 1

DATED this 16th day of May 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk