THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION | CASE NO. C17-1387-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding scheduling (Dkt. No. 160). Pursuant to the parties' stipulation, the Court hereby ORDERS:

1. The deadline to complete and exchange rebuttal expert reports, previously set for August 1, 2022, is extended to September 9, 2022; and

2. The deadline to complete expert discovery, previously set for September 1, 2022, is extended to October 14, 2022.

DATED this 15th day of July 2022.

Ravi Subramanian<br>Clerk of Court<br><br>s/Sandra Rawski<br>Deputy Clerk

MINUTE ORDER
C17-1387-JCC
PAGE - 1