THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ZILLOW GROUP, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>All Actions | CASE NO. 2:17-CV-01387-JCC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING** |

WHEREAS, on July 15, 2022, the Court entered a minute Order (the "July 15 Order") extending the remaining expert discovery deadlines in this case, as outlined in the Parties' Stipulation and Proposed order filed on July 14, 2022, with rebuttal expert reports due by September 9, 2022, and expert discovery to be completed by October 14, 2022;

WHEREAS, in light of the expert discovery deadlines set by the Court in the July 15 Order, the Parties have conferred and, subject to the Court's approval, propose the following updated schedule governing the remaining case deadlines.

IT IS THEREFORE STIPULATED AND AGREED, by and between Lead Plaintiffs and Defendants, by and through their undersigned counsel and subject to the approval of the Court, that: the Parties shall file summary judgment motions by January 20, 2023; the Parties shall file oppositions to any summary judgment motions by March 24, 2023; and the Parties shall file reply briefs in further support of their summary judgment motions by April 28, 2023.

IT IS FURTHER STIPULATED AND AGREED, by and between Lead Plaintiffs and Defendants, by and through their undersigned counsel and subject to the approval of this Court,

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
(Case No. 2:17-CV-01387-JCC) – 1

**Mayer Brown LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
Phone: (212) 506-2500

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000

1  that: the trial date shall be no earlier than ==July 10 June 30, 2023==, at the court's convenience ("Trial

2  Date"); the parties estimate a 10-day trial; the pre-trial order shall be due 30 days prior to the Trial

3  Date; and, trial briefs and voir dire instructions shall be due 14 days prior to the Trial Date.

4  Dated this 4th day of August, 2022

By: *s/Colin M. George*
Colin M. George, WSBA No. 45131
**Praesidio Consumer Law PLLC**
1916 Pike Place, Suite 12
Seattle, WA 98101
(646) 202-0629
cgeorge@praesidio.law

By: *s/Laurence M. Rosen*
Laurence M. Rosen, Esq. (*pro hac vice*)
(NY Bar No. 2255214)
Jonathan Stern, Esq. (*pro hac vice*)
(NY Bar No. 4758900)
**The Rosen Law Firm, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com

*Counsel for Lead Plaintiffs*

By: *s/Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000
sknowles@perkinscoie.com

By: *s/Joseph De Simone*
Matthew D. Ingber (*pro hac vice*)
Joseph De Simone (*pro hac vice*)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500
mingber@mayerbrown.com
jdesimone@mayerbrown.com

Kelly Kramer (*pro hac vice*)
Stephanie C. Robinson (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street N.W.
Washington, D.C. 20006
(202) 263-3000

*Counsel for Defendants*

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING
(Case No. 2:17-CV-01387-JCC) – 2

**Mayer Brown LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
Phone: (212) 506-2500

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000

**ORDER**

Pursuant to the above Stipulation, as modified by the Court, **IT IS SO ORDERED**.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/Colin M. George*
Colin M. George, WSBA No. 45131
**Praesidio Consumer Law PLLC**
1916 Pike Place, Suite 12
Seattle, WA 98101
(646) 202-0629
cgeorge@praesidio.law

By: *s/Laurence M. Rosen*
Laurence M. Rosen, Esq. (*pro hac vice*)
(NY Bar No. 2255214)
Jonathan Stern, Esq. (*pro hac vice*)
(NY Bar No. 4758900)
**The Rosen Law Firm, P.A.**
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com

*Counsel for Lead Plaintiffs*

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING
(Case No. 2:17-CV-01387-JCC) – 3

**Mayer Brown LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
Phone: (212) 506-2500

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000

By: *s/Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
**PERKINS COIE LLP**
1201 Third Avenue, Ste. 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: sknowles@perkinscoie.com


By: *s/Joseph De Simone*
Matthew D. Ingber (*pro hac vice*)
Joseph De Simone (*pro hac vice*)
**Mayer Brown LLP**
1221 Avenue of the Americas
New York 10020-1001
Telephone: 212.506.2500
mingber@mayerbrown.com
jdesimone@mayerbrown.com

Kelly B. Kramer (*pro hac vice*)
Stephanie C. Robinson (*pro hac vice*)
**Mayer Brown LLP**
1999 K Street, NW
Washington, DC 20006-1101
Telephone: 202.263.3000
kkramer@mayerbrown.com
srobinson@mayerbrown.com

*Counsel for Defendants*
STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
(Case No. 2:17-CV-01387-JCC) – 4

**Mayer Brown LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
Phone: (212) 506-2500

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000