THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE ZILLOW GROUP, INC.
SECURITIES LITIGATION

This document relates to:
All Actions

Master File No. 2:17-cv-01387-JCC

NOTICE OF SETTLEMENT

Pursuant to Local Rules W.D. Wash. LCR 11(b), notice is hereby given that the parties in the above-captioned action have reached an agreement in principle to settle this action in its entirety, and are working together to prepare and execute a written settlement agreement.

The parties respectfully request that any currently scheduled trials, pre-trial dates, or other hearings in this matter be stricken from the Court calendar.  As is customary in securities class action matters, once the parties execute a written settlement agreement, they will prepare and file a motion for preliminary approval of the proposed settlement.  The parties expect to file the motion for preliminary approval of the settlement within 45 days.

**Mayer Brown LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
Phone: (212) 506-2500

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000

DATED: October 21, 2022

By: /s/ *Colin M. George*
Colin M. George, WSBA No. 45131
**Praesidio Consumer Law PLLC**
1916 Pike Place, Suite 12
Seattle, WA 98101
(646) 202-0629
cgeorge@praesidio.law

By: /s/ *Jonathan Stern*
Laurence M. Rosen, Esq. (*pro hac vice*)
(NY Bar No. 2255214)
Jonathan Stern, Esq. (*pro hac vice*)
(NY Bar No. 4758900)
**The Rosen Law Firm, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com

*Counsel for Lead Plaintiffs*

By: /s/ *Sean C. Knowles*
Sean C. Knowles, WSBA No. 39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000
sknowles@perkinscoie.com

By: /s/ *Joseph De Simone*
Matthew D. Ingber (pro hac vice)
Joseph De Simone (pro hac vice)
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500
mingber@mayerbrown.com
jdesimone@mayerbrown.com

Kelly Kramer (pro hac vice)
**MAYER BROWN LLP**
1999 K Street N.W.
Washington, D.C. 20006
(202) 263-3000

*Counsel for Defendants*

**Mayer Brown LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
Phone: (212) 506-2500

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000